UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| L.L., | No. 1:26-cv-00501-DC-EFB (HC) |
| Petitioner, | |
| v. | ORDER |
| MINGA WOFFORD, et al., | |
| Respondents. | |

Petitioner proceeds with this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 26, 2026, the District Judge granted preliminary injunctive relief ordering petitioner's release from immigration detention and referring the matter to the undersigned magistrate judge. ECF No. 11.

It is HEREBY ORDERED that:

1. Within 7 days of the date of this order, the parties shall inform the court whether they wish to stand on the current briefing or file supplemental briefing addressing the merits of the petition.

2. The Court having considered Petitioner's motion for administrative relief to proceed under pseudonym, and good cause appearing, the motion is hereby GRANTED:

   a. The parties shall refer to Petitioner by "L.L." in all filings and public

1

1        proceedings;

2        b.  The parties shall redact all personally identifying information from all filings

3        consistent with Federal Rule of Civil Procedure 5.2 and Local Rule 140,

4        including:

5        i.  Petitioner's true full name;

6        ii.  A-number;

7        iii.  Last names of any family members who share a last name with him;

8        iv.  Number and street name of home addresses; and

9        v.  Drivers' license number.

10  DATED:  February 9, 2026

11                               EDMUND F. BRENNAN

12                               UNITED STATES MAGISTRATE JUDGE